UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RIAN BAYLOCK, ) <br> ) <br> Defendant. ) <br> ) | No. CR 13-00191-LAL <br><br> ORDER REVOKING PROBATION AND JUDGMENT AND COMMITMENT ORDER |

On, November 21, 2014, defendant Rian Baylock appeared with his appointed counsel, Lisa Shinar-LaBarre, Deputy Federal Public Defender. Appearing for plaintiff was Assistant United States Attorney Sharon McCaslin. Randy Orlow appeared on behalf of the United States Probation Office.

Defendant was advised of the two (2) allegations in the Petition on Probation and Supervised Release filed on November 3, 2014, (Petition), alleging a violation of probation, as ordered by the Court on July 18, 2014. See attached Order Modifying Conditions of Probation.

The defendant admitted to allegations 1 and 2 contained in the Petition.

Based on defendant's admission, the Court found the defendant guilty as charged of violating the conditions of probation.

///

///

ACCORDINGLY, IT IS ORDERED that the Order Modifying Conditions of Probation dated July 18, 2014, is revoked, vacated and set aside.

IT IS FURTHER ADJUDGED THAT the defendant, Rian Baylock is sentenced to the following:

1. Defendant is ordered to serve eighty (80) days with the Bureau of Prisons, with no supervision to follow.

2. Defendant is ordered to surrender on Monday, November 24, 2014, by noon, to the custody of the United States Marshal located at the Roybal Federal Building, 255 East Temple Street, Los Angeles, CA 90012.

IT IS SO ORDERED.

DATED:   11/21/2014

HONORABLE LOUISE A. LAMOTHE
UNITED STATES MAGISTRATE JUDGE